# GODDARD LAW PLLC

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

Frances@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

April 4, 2024

The Hon. Kenneth M. Karas
United States District Judge
United States District Court
 for the Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

    Re:    Trotter v. Devereaux Advanced Behavioral Health
                Case No.: 23-cv-03273 (KMK)

Your Honor:

    This firm represents Plaintiff Shante Trotter in the above-referenced matter. I write pursuant to the Court's Individual Rules of Practice I.C. to request an adjournment of the case management conference scheduled for Thursday, April 11, 2024, because undersigned counsel has an unavoidable scheduling conflict. Counsel for Defendants consent to this request.

    Due to the pleading activity over the last several months, discovery is not complete in this matter. Plaintiff will be conferring with Defendants about an extension of the discovery deadlines, and anticipates filing a proposed schedule early next week. Accordingly, this matter may not be ripe for a case management conference.

    If the court is disinclined to delay addressing case management issues, Plaintiff proposes that we address case management issues at the pre-motion conference call scheduled for Tuesday, April 9, 2024.

    This is Plaintiff's first request to adjourn the case management conference.

    I thank the Court for its time and consideration.

There is no need for the April 11 conference. We will take up all issues in this case during the April 9 pre-motion conference.

So Ordered.
4/4/24

Very truly yours,

GODDARD LAW PLLC

*Frances Codd Slusarz*

Frances Codd Slusarz

Cc:    All Counsel of Record (via ECF)