```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Trotter,
                                        Plaintiffs,

        -against-                                                   ORDER RE STATUS CONFERENCE

Devereux Advanced Behavioral Health, et al.,                        7:23-cv-3273 KMK-VR
                                        Defendant.

-----------------------------------------------------------------X
```

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **10/23/24 at 10:30 am.** The parties are to dial in to the ATT conference line at **877-336-1839**, enter access code **5999739** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the pending discovery disputes.

SO ORDERED.

DATED:    White Plains, New York
          October 16, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge